**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| In re: | * | |
| **IMERYS TALC AMERICA, INC., et. Al** | * | **Bankruptcy Case No.19-10289** |
| | * | **(United States Bankruptcy Court for the District of Delaware)** |
| | * | **SECTION 157 (b) (5) MATTER** |
| Debtors. | | |
| | * | **(Chapter 11)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **TSION BEKELE, et. Al.** | * | |
| **Plaintiffs,** | * | **Case No. 19-00126** |
| **Vs.** | * | |
| **JOHNSON & JOHNSON CONSUMER INC., et.al.** | * | |
| | * | **(Removal from Circuit Court for Baltimore City, Maryland** |
| | * | **Case No. 24x18000357)** |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT PURSUANT TO RULE 9027(e)(3)

NOW COME Plaintiffs pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), and

state that Plaintiffs do not consent to entry of final orders or judgment by the bankruptcy court.

Respectfully submitted,

*/s/ Dori A. Persky*
Dori A. Persky
USDC MD BAR #20347
Gori, Julian & Associates, P.C.
1875 Connecticut Ave. NW, 10th Floor
Washington, D.C. 20009
(618) 659-9833
(618) 659-9834 (facsimile)
dpersky@gorijulianlaw.com

## STATEMENT PURSUANT TO RULE 9027(e)(3)

NOW COME Plaintiffs pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), and

state that Plaintiffs do not consent to entry of final orders or judgment by the bankruptcy court.

Respectfully submitted,

*/s/ Dori A. Persky*
Dori A. Persky
USDC MD BAR #20347
Gori, Julian & Associates, P.C.
1875 Connecticut Ave. NW, 10th Floor
Washington, D.C. 20009
(618) 659-9833
(618) 659-9834 (facsimile)
dDerskv@.goriiulianlaw.com